IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Teimuraz Tsirekidze, On Behalf of)   No. CV-07-2204-PHX-FJM
Himself and All Others Similarly Situated,)

        Plaintiff,        )   **ORDER**

vs.   )

 )

Syntax–Brillian Corp., Vincent F. Sollitto,)
Jr., and Wayne Pratt,   )

        Defendants.   )

_____)   **[CONSOLIDATED]**

The Nagel Family Trust, On Behalf of)   No. CV-07-2454-PHX-FJM
Itself and All Others Similarly Situated,  )

        Plaintiff,        )

vs.   )

   )

Syntax–Brillian Corp. A.K.A. Olevia)
International Group, Inc., Vincent F.)
Sollitto, Jr., James Ching Hua Li, Man Kit)
(Thomas) Chow, and Wayne Pratt,   )

        Defendants.   )

_____)   [caption continued on following page]

Angelko Bogdanov, On Behalf of Himself) No. CV-07-2524-PHX-FJM
and All Others Similarly Situated,      )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     )
                                        )
                                        )
Syntax–Brillian Corp., Vincent F. Sollitto,)
Jr., James Li, and Wayne Pratt,         )
                                        )
            Defendants.                 )
                                        )
_____)

Bloomfield, Inc.,  On Behalf of Itself and) No. CV-08-0236-PHX-FJM
All Others Similarly Situated,          )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     )
                                        )
                                        )
Syntax–Brillian Corp., et al.,          )
                                        )
            Defendants.                 )
                                        )
_____)

**IT IS HEREBY ORDERED DENYING** Jonathan Lee Riches' "Motion for Reconsideration and Clarification, Motion to Intervene as Plaintiff under Fed. R. Civ. P. 24(a)(2), 24(b), and Motion to Amend Complaint" (doc. 84).

DATED this 25th day of July, 2008.


$\overline{\phantom{xxxxxxxxxxxxxxxxxxxxxxxxxxxxx}}$
Frederick J. Martone
United States District Judge

- 2 -