H. Michael Clyde (009647)
Rebecca K. Setlow (015915)
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000

Susan L. Hoffman (Admitted *Pro Hac Vice*)
John D. Pernick (Admitted *Pro Hac Vice*)
Jennifer A. Lopez (Admitted *Pro Hac Vice*)
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680.6454

Attorneys for Defendants
James Ching Hua Li and Man Kit (Thomas) Chow

UNITED STATED DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Teimuraz Tsirekidze, on behalf of himself and all others similarly situated;<br><br>                Plaintiff,<br><br>    v.<br><br>Syntax-Brillian Corp., Vincent F. Sollitto, Jr., and Wayne Pratt,<br><br>                Defendants.<br><br>AND ALL CONSOLIDATED CASES | No. CV-07-2204-PHX-FJM (Lead)<br><br>(Consolidated)<br><br>No. CV-07-2454-PHX<br>No. CV-07-2524-PHX<br>No. CV-08-0236-PHX<br><br>DEFENDANTS JAMES CHING HUA LI AND MAN KIT (THOMAS) CHOW'S MOTION FOR SUMMARY JUDGMENT |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants James Ching Hua Li and Man Kit (Thomas) Chow hereby move this Court for an order granting their Motion for Summary Judgment. In support of this Motion, defendants Li and Chow submit herewith a Memorandum of Points and Authorities and a Separate Statement of Undisputed Facts. Additionally, Defendants Li and Chow join in the arguments made by Defendants Vincent F. Sollito, Jr., Wayne Pratt and John Hodgson in their respective motions for summary judgment.

Dated:  September 17, 2009

BINGHAM MCCUTCHEN LLP

By: /s/ Jennifer A. Lopez
Susan L. Hoffman
John D. Pernick
Jennifer A. Lopez
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106

H. Michael Clyde
Rebecca K. Setlow
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788

Attorneys for James Ching Hua Li and Man Kit (Thomas) Chow

## CERTIFICATE OF MAILING

I hereby certify that on September 17, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By      s/ Jennifer A. Lopez