BUCKLEY KING
MICHAEL SALCIDO
2020 North Central Avenue, Suite 1120
Phoenix, AZ 85004
Telephone: 602/424-2550
602/424-2566 (fax)
salcido@buckleyking.com

Liaison Counsel

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
EX KANO S. SAMS II
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)
jonb@csgrr.com
exkanos@csgrr.com
reginas@csgrr.com
scollins@csgrr.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| TEIMURAZ TSIREKIDZE, On Behalf of Himself and All Others Similarly Situated, ) ) ) | No. 2:07-cv-02204-FJM **(Consolidated)** |
| Plaintiff, ) ) | <u>CLASS ACTION</u> |
| vs. ) ) | NOTICE OF LEAD PLAINTIFF AND NAMED PLAINTIFF'S SERVICE OF |
| SYNTAX-BRILLIAN CORP., et al., ) ) | SUPPLEMENTAL EXPERT REPORTS |
| Defendants. ) ) | |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that pursuant to Local Rule 5.2, Federal Rule of Civil Procedure 26 and ¶4 of the Court's September 5, 2008 Rule 16 Scheduling Order, Lead Plaintiff City of St. Clair Shores Police and Fire Retirement System ("Lead Plaintiff") and Named Plaintiff City of New Haven Policemen's and Firemen's Pension Fund ("Named Plaintiff") hereby notice Lead Plaintiff and Named Plaintiff's supplemental expert reports served on defendants.  Lead Plaintiff and Named Plaintiff's supplemental expert reports are as follows:

| **EXPERT REPORT** | **DATE SERVED** |
|---|---|
| Supplemental Expert Report of Richard Puntillo (Underwriter Defendants) | October 1, 2009 |
| Supplemental Expert Report of Richard Puntillo (Individual Defendants) | October 1, 2009 |

DATED: October 1, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
EX KANO S. SAMS II


             s/ EX KANO S. SAMS II
             EX KANO S. SAMS II

9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
G. PAUL HOWES
SCOTT H. SAHAM
DEBRA J. WYMAN
DANIEL S. DROSMAN
SAMANTHA A. SMITH
SHANNON M. MATERA
JENNIFER Y. LAI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

- 1 -

| | |
|---|---|
| 1 | |
| 2 | Lead Counsel for Plaintiffs |
| 3 | BUCKLEY KING<br>MICHAEL SALCIDO |
| 4 | 2020 North Central Avenue, Suite 1120<br>Phoenix, AZ  85004 |
| 5 | Telephone:  602/424-2550<br>602/424-2566 (fax) |
| 6 | Liaison Counsel |
| 7 | VANOVERBEKE MICHAUD |
| 8 |   & TIMMONY, P.C.<br>MICHAEL J. VANOVERBEKE |
| 9 | THOMAS C. MICHAUD<br>79 Alfred Street |
| 10 | Detroit, MI  48201<br>Telephone:  313/578-1200 |
| 11 | 313/578-1201 (fax) |
| 12 | Additional Counsel for Plaintiffs |

S:\CasesSD\Syntax-Brillian\not_Experts.doc

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 1, 2009.

s/ EX KANO S. SAMS II
EX KANO S. SAMS II

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

E-mail:      exkanos@csgrr.com

# Mailing Information for a Case 2:07-cv-02204-FJM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Bruce A Abbott**
  Bruce.Abbott@mto.com,Valentina.Neufeld@mto.com

- **Joseph G Adams**
  jgadams@swlaw.com,mgarsha@swlaw.com,docket@swlaw.com

- **Shaunt T Arevian**
  sarevian@irell.com

- **Jonathan E Behar**
  jbehar@csgrr.com,jbehar@csgrr.com,aromero@csgrr.com

- **James J Belanger**
  jbelanger@csblaw.com,ejames@csblaw.com

- **Maureen Beyers**
  mbeyers@omlaw.com,lsmock@omlaw.com,ecfdc@omlaw.com

- **Avi Braz**
  avi.braz@mto.com

- **Gustavo Fabian Bruckner**
  bruckner@whafh.com

- **H Michael Clyde**
  MClyde@perkinscoie.com,docketphx@perkinscoie.com,lsandoval@perkinscoie.com

- **Sean K Collins**
  scollins@csgrr.com,scollins@csgrr.com,keagen@csgrr.com

- **Efren A Compean**
  ecompean@garrett-tully.com

- **Christopher Robert Cowan**
  ccowan@irell.com

- **Michelle Craven**
  mcraven@gibsondunn.com

- **Jonathan Cobb Dickey**
  jdickey@gibsondunn.com

- **Daniel S Drosman**

ddrosman@csgrr.com,tholindrake@csgrr.com

- **Douglas H Fitch**
  dfitch@jbhhlaw.com,mterry@jbhhlaw.com

- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Francis M Gregorek**
  gregorek@whafh.com

- **Susan L Hoffman**
  susan.hoffman@bingham.com,gloria.moonesinghe@bingham.com

- **Joel Philip Hoxie**
  jhoxie@swlaw.com,jkfisher@swlaw.com,docket@swlaw.com

- **Mark P Hummels**
  mhummels@omlaw.com,bwendt@omlaw.com,ecfdc@omlaw.com

- **Jennifer Y Lai**
  jlai@csgrr.com

- **James Raza Lawrence**
  Raza.Lawrence@mto.com,Sharon.Nial@mto.com

- **Rebecca Justice Lazarus**
  rjustice@gibsondunn.com,rmcbain@gibsondunn.com

- **Daniel P Lefler**
  dlefler@irell.com

- **Frank Lewis**
  franklewis@aol.com

- **John L Lin**
  jlin@garrett-tully.com

- **Jennifer Lopez**
  jennifer.lopez@bingham.com

- **Robert A Mandel**
  mandelr@gtlaw.com,coles@gtlaw.com

- **Shannon McKenna Matera**
  smatera@csgrr.com,Hkharadjian@csgrr.com,Rduenez@csgrr.com

- **Kevin Michael McGee**
  kmcgee@zsz.com

- **Gregory Mark Nespole**
  nespole@whafh.com

- **John David Pernick**
  john.pernick@bingham.com,frank.downing@bingham.com

- **Patricia Lee Refo**
  prefo@swlaw.com,jaltendorf@swlaw.com,docket@swlaw.com

- **Darren J Robbins**
  darrenr@csgrr.com,E_File_SD@csgrr.com

- **Hart Lawrence Robinovitch**
  hlr@zimmreed.com,sab@zimmreed.com,az.clerk@zimmreed.com

- **David B Rosenbaum**
  drosenbaum@omlaw.com,kdourlein@omlaw.com,ecfdc@omlaw.com

- **Michael Salcido**
  salcido@buckleyking.com,kennelly@buckleyking.com

- **Ex Kano S Sams , II**
  exkanos@csgrr.com,exkanos@csgrr.com

- **Brian Jay Schulman**
  schulmanb@gtlaw.com,fischerc@gtlaw.com

- **Robert F Serio**
  rserio@gibsondunn.com

- **Rebecca K Setlow**
  RSetlow@perkinscoie.com,docketphx@perkinscoie.com,rweidner@perkinscoie.com

- **Charlene S Shimada**
  charlene.shimada@bingham.com,frank.downing@bingham.com

- **Laura Elizabeth Sixkiller**
  sixkillerl@gtlaw.com,hinkell@gtlaw.com

- **Samantha A Smith**
  ssmith@csgrr.com

- **Richard A Speirs**
  rspeirs@zsz.com,dlanier@zsz.com

- **Lee Squitieri**
  lee@sfclasslaw.com

- **Stephen J Tully**
  stully@garrett-tully.com

- **Craig Varnen**
  cvarnen@irell.com

- **Frank Verderame**
  fverderame@plattner-verderame.com,edegrave@plattner-verderame.com

- **E Jeffrey Walsh**
  walshj@gtlaw.com,bergerp@gtlaw.com

- **Lillie A Werner**
  lwerner@irell.com

- **Debra J Wyman**
  debraw@csgrr.com

- **Joseph J Ybarra**
  joseph.ybarra@mto.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)