UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| TEIMURAZ TSIREKIDZE, On Behalf of Himself and All Others Similarly Situated, ) ) ) | No. 2:07-cv-02204-FJM **(Consolidated)** |
| Plaintiff, ) ) | <u>CLASS ACTION</u> |
| vs. ) ) | ORDER AWARDING ATTORNEYS' FEES AND EXPENSES |
| SYNTAX-BRILLIAN CORP., et al., ) ) | |
| Defendants. ) ) | |

This matter having come before the Court on February 12, 2010, on the motion of Lead Counsel for an award of attorneys' fees and expenses incurred in the Litigation; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Litigation to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of October 28, 2009 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 25% of the Settlement Fund and expenses in an aggregate amount of $1,086,705.67, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees shall be allocated by Lead Counsel in a manner which, in their good-faith judgment, reflects each counsel's contribution to the institution, prosecution, and resolution of the Litigation. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid to Lead Counsel from the Settlement Fund immediately after the date this Order is executed subject to the terms, conditions, and obligations of the Stipulation, which are incorporated herein.

5. The Court hereby awards Plaintiff City of New Haven Policemen and Firemen's Pension Fund $7,812.50 for reimbursement of its reasonable costs and expenses in representing the Class.

IT IS SO ORDERED.

Dated this 18th day of February, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge