**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Teimuraz Tsirekidze et al, | ) | No. CV-07-2204-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Syntax-Brillian Corp et al, | ) | |
| Defendant. | ) | |

The court has before it a motion to recuse filed by Ahmed Amr (doc. 389). He complains about this court's order of October 26, 2016, denying his motion to disqualify lead plaintiff (doc. 388). Whether the motion be characterized as one under 28 U.S.C. §455 or §144, there is no evidence to support the baseless allegations. The moving party is simply unhappy to be told that this case is not a vehicle to reopen an ancient controversy, but instead he must, if at all, file a new action.

Accordingly, it is ORDERED DENYING Amr's motion to recuse. (Doc. 389). We again encourage Amr to seek the advice of a lawyer.

DATED this 30th day of November, 2016.

*Frederick J. Martone*
Frederick J. Martone
Senior United States District Judge